IN THE UNITED DISCTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
IN THE NASHVILLE DIVISION

| | |
|---|---|
| AMY BURNETT, an individual, * * * Plaintiff, * * v. * * * BELL ROAD APARTMENT * PARTNERS, LLC, * a Delaware limited liability company, * * HUMPHREYS & PARTNERS * ARCHITECTS, INC., * a Texas corporation, * * 2ND WAVE DEVELOPMENT, LLC, * a Florida limited liability company, * * RAGAN-SMITH-ASSOCIATES, INC., * a Tennessee corporation, * * BACAR CONSTRUCTORS, INC., * a Tennessee corporation, * * * Defendants. * | Case No. 3:25-CV-00600 District Judge Eli J. Richardson Magistrate Judge Alistair Newbern |

**UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

    Plaintiff Amy Burnett ("Plaintiff"), by and through her attorney, Rebecca Hutto, moves this Court pursuant to FED. R. CIV. P. 15 for an order granting leave of court to amend the complaint previously filed in this cause. The Plaintiff will state and show the following in support of this motion, to-wit:

1. On MAY 30, 2025, Plaintiff filed a Complaint (ECF Doc. 1), alleging violations of the Federal Housing Act (FHA) by Defendant.

2. Plaintiff's counsel previously amended the complaint on September 30, 2025, to add all responsible parties as Defendants (ECF Docs. 19-21).

3. Plaintiff's expert recently conducted a site inspection at the Subject Property, and discovered additional FHA and ADA violations. Plaintiff intends to amend the complaint to add these additional violations to the allegations in the Complaint.

4. Plaintiff's counsel has prepared an Second Amended Complaint, attached to this Motion and marked Exhibit 1, to add these additional violations.

5. The pertinent part of FED. R. CIV. P. 15 states that the court should freely give leave to amend a pleading when justice so requires. In the case at bar, justice requires the complaint to be amended to encompass all FHA violations at the Subject Property. Plaintiff could not have identified all violations without engaging an expert inspection.

6. Defense counsel does not oppose this motion.

7. No party will be prejudiced by the relief sought herein.

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court enter an order granting leave of court for the Plaintiff to file Plaintiff's Second Amended Complaint (Exhibit1) and for any other relief, specific or general, to which the Plaintiff may be entitled. Dated this 13th day of November, 2025.

RESPECTFULLY SUBMITTED,

*/s/ Rebecca Hutto*
Rebecca Hutto, TN Bar No. 39252
Wampler, Carroll, Wilson,
and Sanderson, PLLC
208 Adams Avenue
Memphis, TN 38103

Telephone: 901-523-1844
Email: rebecca@wcwslaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of November, 2025, the foregoing document was served on the Service List via electronic mail:

**Service List:**
Brian Yoakum
John Willett
1715 Aaron Brenner Drive, STE 800
Memphis, Tennessee 38120
Phone: 901.525.6781
Fax: 901.297.4208
byoakum@evanspetree.com
jwillett@evanspetree.com
Attorneys for Defendants Bell Road Partners, LLC
And 2nd Wave Development, LLC

Shannon Marie Renne
Smith Cashion & Orr, PLC
3100 West End Ave
Suite 800
Nashville, TN 37203
615-742-8555
Email: srenne@smithcashion.com
Attorney for Defendant Bacar Constructors, Inc.

Vic L. McConnell
Smith Cashion & Orr, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, TN 37203
(615) 742-8580 Direct
(615) 945-9161 Mobile
(615) 742-8556 Fax
Attorney for Humphreys and Parters, Inc.

*/s/Rebecca J. Hutto*

## CERTIFICATE OF CONSULTATION

The undersigned certifies that she consulted with defense counsel via email on November 11th, and 13th, 2025, and defense counsel does not oppose the relief sought in this motion.

/s/*Rebecca Hutto*