UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY BURNETT,<br><br>    Plaintiff,<br><br>v.<br><br>BELL ROAD APARTMENT PARTNERS, LLC,<br><br>    Defendant. | Case No. 3:25-cv-00600<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiff Amy Burnett has filed a motion to file a second amended complaint that Defendants do not oppose. (Doc. No. 35.) The motion is therefore GRANTED, and the Clerk's Office is DIRECTED to file the attached second amended complaint as a separate docket entry.

The pending motion to dismiss Burnett's first amended complaint (Doc. No. 31) filed by Defendants Bell Road Apartment Partners, LLC, and 2nd Wave Development, LLC, and Burnett's motion to dismiss Defendant Hethcoat and Davis, Inc. (Doc. No. 33) are TERMINATED AS MOOT.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge