# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **AMY BURNETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:25-cv-00600** |
| | ) | |
| **BELL ROAD APARTMENT** | ) | **District Judge Eli J. Richards** |
| **PARTNERS, LLC, HUMPHREYS &** | ) | **Magistrate Judge Alistair Newbern** |
| **PARTNERS ARCHITECTS, INC., 2ND** | ) | |
| **WAVE DEVELOPMENT, LLC,** | ) | **JURY DEMAND** |
| **RAGAN-SMITH-ASSOCIATES, INC.,** | ) | |
| **BACAR CONSTRUCTORS, INC.,** | ) | |
| **HETHCOAT AND DAVIS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT HUMPHREYS & PARTNERS ARCHITECTS, INC.'S MOTION TO DISMISS

COMES NOW Defendant, Humphreys & Partners Architects, Inc. ("HPA"), and pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) hereby moves this Court to dismiss the Plaintiff's Second Amended Complaint for failure to establish subject matter jurisdiction and Article III standing. As further support for this Motion, and pursuant to Fed. R. Civ. P. 10(c), HPA adopts by reference as fully set forth herein the Motion to Dismiss ("RSA Motion") filed by Ragan-Smith-Associates, LLC ("RSA") with the Court on or about February 9, 2026 regarding Plaintiff's failure to establish a claim upon which relief can be granted, subject matter jurisdiction, or Article III standing. HPA further adopts by reference as if fully set forth herein the supporting memorandum, and all other documents and exhibits filed by RSA in support of the RSA Motion.

Pursuant to Fed. R. Civ. P. 10(c), HPA also adopts by reference as fully set forth herein the Motion to Dismiss ("Bell Road Motion") filed by Bell Road Apartment Partners, LLC ("Bell Road") and 2nd Wave Development, LLC ("2nd Wave") with the Court on or about December 1, 2025 regarding Plaintiff's failure to state a claim upon which relief can be granted and establish Article III standing. HPA further adopts by reference as if fully set forth herein the supporting memorandum, and all other documents and exhibits filed by Bell Road and 2nd Wave in support of the Bell Road Motion.

Based upon the RSA Motion and Bell Road Motion and supporting documents filed by RSA, Bell Road, and 2nd Wave in support of their motions, HPA respectfully requests that this Court dismiss Plaintiff's Second Amended Complaint for failure to establish subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

Respectfully Submitted,

/s/Vic L. McConnell
Vic L. McConnell (BPR No. 19828)
Josh T. Swafford (BPR No. 041397)
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 - One American Center
Nashville, TN 37203
(615) 742-8555 – Tel
vmcconnell@smithcashion.com
jswafford@smithcashion.com
*Attorneys for Defendant Humphreys
& Partners Architects, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and exact copy of the foregoing has been forwarded via electronic mail and/or United States Mail, postage pre-paid, to:

Rebecca Hutto
Wampler, Carroll, Wilson and
   Sanderson, PLLC
208 Adams Avenue
Memphis, TN 38103
(901) 523-1844 – Tel
rebecca@wccwslaw.com
*Attorney for Plaintiff Amy Burnett*

Brian L. Yoakum
John D. Willet
Evans Petree, PC
1715 Aaron Brenner Dr.
Suite 800
Memphis, TN 38120
(901) 525-6781 – Tel
jwillet@evanspetree.com
byoakum@evanspetree.com
*Attorneys for Defendants Bell Road
Apartment Partners, LLC and 2nd Wave
Development, LLC*

Gregory L. Cashion
Shannon M. Renne
Smith Cashion & Orr, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8555 – Tel
gcashion@smithcashion.com
srenne@smithcashion.com
*Attorneys for Defendant Bacar
Constructors, Inc.*

Jason M. Pannu
Ella A. Bishop
Freeman Mathis & Gary, LLP
1600 Division St.
Suite 590
Nashville, TN 37203
(615) 208-5890 – Tel
jason.pannu@fmglaw.com
ella.bishop@fmglaw.com
*Attorneys for Defendant Ragan-Smith-
Associates, LLC*

this 18 day of February, 2026.

                                                    */s/Vic. L McConnell*