UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| AMY BURNETT,<br><br>    Plaintiff,<br><br>v.<br><br>BELL ROAD APARTMENT PARTNERS, LLC, et al.,<br><br>    Defendants. | Case No. 3:25-cv-00600<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

# ORDER

On January 12, 2026, Defendant Bacar Construction, Inc. filed a motion to amend the case management order to extend the outstanding case management deadlines. (Doc. No. 50.) On January 21, 2026, Defendants 2nd Wave Development, LLC, and Bell Road Apartment Partners, LLC filed a motion to join in Bacar's motion to amend the case management order. (Doc. No. 52.) The motions are GRANTED IN PART.

A case management conference is set before the Magistrate Judge on March 5, 2026 at 9:00 a.m. Counsel for the parties shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

By no later than March 2, 2026, the parties shall file a joint proposed amended case management order. The parties shall also email a Word version of the joint proposed amended case management order to TNMDEvansChambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge