> This motion (Doc. No. 55), *being unopposed*, is **GRANTED**. Plaintiff shall have until March 17, 2026, to file a response to Defendant's motion to dismiss (Doc. No. 53). **IT IS SO ORDERED.**
>
> *Eli Richardson*

IN THE UNITED DISCTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
IN THE NASHVILLE DIVISION

AMY BURNETT,

    Plaintiff,

vs.                                                         Case No.: 3:25-CV-00600

BELL ROAD APARTMENT PARTNERS, LLC,
HUMPHREYS & PARTNERS ARCHITECTS, INC.,
2ND WAVE DEVELOPMENT, LLC,
RAGAN-SMITH-ASSOCIATES, LLC, and
BACAR CONSTRUCTORS, INC.,

    Defendants.

---

### UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS

---

COMES NOW, the Plaintiff, by and through counsel of record, and respectfully moves this Court for an order granting this Unopposed Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss (ECF Docs. 53-54).. The Plaintiff will state and show the following in support of this motion, to-wit:

1. On February 9, 2026, Defendant Ragan-Smith-Associates, LLC filed a Motion to Dismiss (ECF Doc. 53) and accompanying Memorandum in Support (ECF Doc. 54).

2. The current deadline for Plaintiff to respond to the Motion to Dismiss is February 24, 2026.

3. Since the filing of the Motion to Dismiss, Plaintiff's counsel has dealt with a health issue and a death in the family.