# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **AMY BURNETT.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:25-CV-00600** |
| | ) | **District Judge Eli J. Richardson** |
| **BELL ROAD APARTMENT PARTNERS,** | ) | **Magistrate Judge Alistair Newbern** |
| **LLC,** | ) | |
| **HUMPHREYS & PARTNERS** | ) | |
| **ARCHITECTS, INC. 2ND WAVE** | ) | |
| **DEVELOPMENT, LLC, RAGAN-SMITH** | ) | |
| **ASSOCIATES INC., and BACAR** | ) | |
| **CONSTRUCTORS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

---

## BACAR CONSTRUCTORS, INC.'S FED. R. CIV. P. 12(b)(1) AND 12(b)(6) MOTION TO DISMISS PLAINTIFF AMY BURNETT'S SECOND AMENDED COMPLAINT

---

**COMES NOW** Defendant Bacar Constructors, Inc. ("Bacar"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6), hereby moves this Court to dismiss Plaintiff Amy Burnett's ("Plaintiff") *Second Amended Complaint* for failure to establish subject matter jurisdiction and failure to state a claim. In support of its Motion, and pursuant to Fed. R. Civ. P. 10(c), Bacar adopts by reference Defendant Ragan-Smith Associates, LLC's *Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiff Amy Burnett's Second Amended Complaint* ("Ragan-Smith Motion"), accompanying Memorandum of Law, and all other documents and exhibits filed on or about February 9, 2026 as if fully set forth herein.

Pursuant to Fed. R. Civ. P. 10(c), Bacar also adopts by reference the *Motion to Dismiss for Failure to State a Claim* ("Bell Road Motion") filed by Bell Road Apartment Partners, LLC and 2nd Wave Development, LLC with the Court on or about December 1, 2025, the accompanying Memorandum of Law, and all other documents and exhibits as if fully set forth herein.

Based upon the Ragan-Smith Motion and Bell Road Motion and supporting documents filed by Ragan-Smith, Bell Road, and 2nd Wave in support of their motions, Bacar respectfully requests that this Court dismiss Plaintiff's *Second Amended Complaint* for failure to establish subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

SMITH CASHION & ORR, PLC

*/s/ Shannon M. Renne*

Gregory L. Cashion (No. 10697)
Shannon M. Renne (No. 42544)
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
Telephone: (615) 742-8555
gcashion@smithcashion.com
srenne@smithcashion.com
*Counsel for Bacar Constructors, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on this 5th day of March, 2026, a copy of ***Bacar Constructors, Inc.'s Fed. R. Civ. P. 12(B)(1) and 12(B)(6) Motion to Dismiss Plaintiff Amy Burnett's Second Amended Complaint*** was filed with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of such filing was served on all known counsel of record listed below through the electronic filing manager, pursuant to the Federal Rules of Civil Procedure.

Rebecca J. Hutto
WAMPLER, CARROLL, WILSON, AND SANDERSON, PLLC
208 Adams Avenue
Memphis, Tennessee 38103
rebecca@wcwslaw.com
Counsel for Plaintiff

John D. Willet
EVANS | PETREE, P.C.
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
byoakum@evanspetree.com
jwillet@evanspetree.com
*Counsel for Bell Road Apartment Partners, LLC and 2nd Wave Development, LLC*

Vic L. McConnell
Joshua T. Swafford
SMITH CASHION & ORR, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
vmcconnell@smithcashion.com
jswafford@smithcashion.com
*Counsel for Humphreys & Partners Architects, Inc.*

Jason M. Pannu
Ella A. Bishop
FREEMAN MATHIS GARY, LLP
Roundabout Plaza
1600 Division Street, Suite 590
Nashville, Tennessee 37203
(615) 208-5890
jason.pannu@fmglaw.com
ella.bishop@fmglaw.com
Counsel for Ragan-Smith-Associates, LLC

*/s/ Shannon M. Renne*

3